540 A.2d 530

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Scott C. HAGERMAN, Respondent.**

Supreme Court of Pennsylvania.

April 26, 1988.

## ORDER

PER CURIAM.

The Commonwealth's petition for allowance of appeal is granted. The Order of Superior Court is reversed, and the judgment of sentence is affirmed. *See, Commonwealth v. Revtai*, 516 Pa. 53, 532 A.2d 1 (1987).